622

SECOND RUSSIAN INSURANCE COMPANY, etc. FRED S. JAMES & CO., HAGEDORN & Co., and THORMOD JULLUM.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

FINERY SILK STOCKING COMPANY, INC., v. ÆTNA INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH LICHTENTHAL and Another v. JACOB COHEN and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, re SECOND RUSSIAN INSURANCE COMPANY, etc. FRED S. JAMES & Co., HAGEDORN & Co. and THORMOD JULLUM.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

MORRIS PLAN COMPANY OF NEW YORK v. GLOBE INDEMNITY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CORA NEWMAN, as Executrix, etc., of ROBERT F. SCHAFFNER, Deceased, v. HENRY GERMANN, as Sole Surviving Executor, etc., of ERNESTINE SCHAFFNER, Deceased, and Others.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of KERWIN H. FULTON, as Substituted Trustee, etc., of ALEXANDER CLARK, Deceased. (VAN BEUREN and NEW YORK BILL-POSTING COMPANY).— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY LUDWIG LEWISOHN v. HARPER & BROTHERS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL REYNOLDS v. ELIZABETH DOLAN and THOMAS DOLAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL REYNOLDS v. ELIZABETH DOLAN and THOMAS DOLAN.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GUSTAF SUNDELIUS v. THE NATIONAL CITY BANK OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL GREENBERG v. WORLD EXCHANGE BANK. TROTZKY & SONS, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL DYCHKEVICH, Suing on His Own Behalf, etc., v. THE RUSSIAN GREEK ORTHODOX NATIONAL ASSOCIATION, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANKLIN FORD v. JAMES J. WALKER and Others.— Motion denied, with ten